FILED
JUL 2 2 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David Henderson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10 1244 |
| ) | |
| Barack Hussein Obama et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OPINION

Pro se plaintiff David Henderson, a frequent litigator well-known to this court, has filed an application to proceed without prepayment of fees, and pro se complaint. The application will be granted and the complaint will be dismissed.

The complaint names as defendants the President of the United States, and the directors of the National Security Agency, the Central Intelligence Agency, and the United States Secret Service. The complaint is, however, devoid of any factual allegations with respect to the named defendants. Instead, the factual allegations in the complaint describe an encounter with a law-enforcement officer in El Paso, Texas, alleged to be a Secret Service agent, and other allegations that are completely unrelated to the defendants. *See* Compl. at 1-11. As such, the complaint fails to state a claim upon which relief may be granted and, for that reason, will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate order of dismissal accompanies this memorandum opinion.

Date: 7/10/10

United States District Judge

